**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

MICHAEL DARLING,

                              Plaintiff,                        5:25-cv-1779
                                                                    (ECC/MJK)

v.

KATHY MANLEY,

                              Defendant.

---

**Appearances:**

Michael Darling, *Pro se Plaintiff*

**Hon. Elizabeth C. Coombe, United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Pro se Plaintiff Michael Darling commenced this action by filing a Complaint on December 19, 2025, and additionally sought leave to proceed *in forma pauperis* (IFP). Dkt. Nos. 1, 2, 5. This matter was referred to Magistrate Judge Mitchell J. Katz who, on February 17, 2026, granted Plaintiff's application to proceed IFP and issued a Report-Recommendation recommending that Plaintiff's Complaint be dismissed. Dkt. No. 7. Magistrate Judge Katz advised Plaintiff that under 28 U.S.C. § 636(b)(1), he had "14 days within which to file written objections" to the Report-Recommendation and that "failure to object to th[e] report within 14 days will preclude appellate review." (Dkt. No. 7 at 7) (citing *Roldan v. Racette*, 984 F.2d 85 (2d Cir. 1993); 28 U.S.C. §

636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e)).  No objections were filed, despite the Court granting Plaintiff an extension of time to do so.  Dkt. Nos. 8, 14.[1]

As no objections to the Report–Recommendation have been filed and the time for filing objections has expired, the Court has reviewed the Report–Recommendation for clear error. *See Petersen v. Astrue*, 2 F.Supp.3d 223, 228–29 (N.D.N.Y.2012); Fed. R. Civ. P. 72(b) advisory committee's note to the 1983 addition.  Under this standard, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*  Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation, Dkt. No. 7, is **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED with prejudice**; and the Clerk of the Court is respectfully requested to close this case, and it is further

**ORDERED** that the Clerk serve a copy of this Order upon Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: June 25, 2026

Elizabeth C. Coombe
U.S. District Judge

---

[1] Plaintiff filed an interlocutory appeal of Magistrate Judge Katz's Order and Report-Recommendation with the Second Circuit on March 27, 2026.  Dkt. No. 9.  As previously explained, Plaintiff's appeal does not deprive this Court of jurisdiction, given that the Report-Recommendation is not a final order or judgment.  Dkt. No. 14.